```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

IN THE MATTER OF THE COMPLAINT
AND PETITION OF FRANKLIN L.
HILL and CAROLYN HILL, as owners
of vessel, a 1987 37' Tayana
sailboat with Hull Identification
Number TYA37524L687, including her
engines, gear, tackle, appurtenances,
equipment, furniture, etc., for
Exoneration from and/or Limitation
of Liability,

Petitioners.                         Case No. 8:25-cv-276-VMC-CPT

_____/

**ORDER**

This matter comes before the Court upon consideration of Petitioners' Notice of Filing Proposed Order Approving Ad Interim Stipulation, and Directing Issuance of Limitation Injunction and Monition. (Doc. # 12).

**Discussion**

Petitioners Franklin L. Hill and Carolyn Hill ("the Hills") are the owners of a 1987 37' Tayana sailboat bearing HIN# TYA37524L687 ("the Vessel"), which is alleged to have been involved in a maritime incident on or about September 28, 2022, while the Vessel was on the navigable waters of the United States, namely, in Venice, Sarasota County, Florida, ("the Incident"). (Doc. # 5 at ¶¶ 9, 13-14). The Incident

occurred when the Vessel allegedly caused damage to the vessel docked next to it during Hurricane Ian. (Id. at ¶ 14). On September 23, 2024, Neal Obendorf, the owner of the damaged vessel, filed a complaint in the Twelfth Judicial Circuit in and for Sarasota County Florida, claiming that his vessel sustained at least $50,000.00 worth of damage due to an alleged failure to remove sails from the mast of the Vessel prior to Hurricane Ian. (Id. at ¶ 15).

On February 4, 2025, the Petitioners filed a complaint for exoneration from and/or limitation of their exposure to any liability arising from the Incident pursuant to the Limitation of Liability Act, 46 U.S.C. §§ 30501–30512, and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure ("Supplemental Rule F"). (Doc. # 1).

Along with filing their complaint, the Petitioners filed an Ad Interim Stipulation of Value, as security for any claims stemming from the Incident. (Doc. # 5-1). The Petitioners represent in the complaint that their interest in the Vessel, including her engines, machinery, gear, tackle, apparel, safety equipment, appliance, personnel, and furniture was $5,000.00 at all times of the Incident. (Doc. # 5 at ¶ 7). Based on this representation, the Petitioners subsequently

submitted the instant Notice, requesting that the Court enter an order approving the Ad Interim Stipulation of Value and issuing a limitation injunction and monition. (Doc. # 12).

Upon due consideration of the matter, it is hereby **ORDERED**:

1. The Ad Interim Stipulation of Value, for no more than the amount of $5,000.00, including costs of court and interest at the rate of six percent (6%) per annum from date hereof, filed by the Petitioners, is accepted as adequate security and is approved as to form and quantum.

2. The Petitioners and any claimant who may properly become a party hereto may contest the amount or value of the Petitioners' interest in the Vessel as fixed in the Ad Interim Stipulation of Value; may move the Court for due appraisal of said interest; and may apply to have the amount of said interest increased or decreased, as the case may be, upon the Court's determination of the amount or value of said interest or to carry out the provisions of 46 U.S.C. §§ 30501–30512 for personal injuries, property damage, or any other claims resulting from the Incident.

3. If the amount of the Ad Interim Stipulation of Value is not disputed by any claimant, the Ad Interim Stipulation

of Value shall stand as a stipulation for value and an appraisal shall not be required.

4. The Clerk of Court shall issue the attached Monition advising and admonishing all persons or corporations asserting claims for any and all losses, damages, injuries, deaths, or destruction allegedly resulting from the Incident, to file their respective claims with the Clerk of Court, United States District Court for the Middle District of Florida, located at 801 North Florida Avenue, Tampa, Florida 33602 on or before June 11, 2025, and to serve or mail copies thereof to the Petitioners' attorneys, or be defaulted. If any claimant desires to contest the Petitioners' right to exoneration from or limitation of liability, such claimant(s) shall file and serve on the Petitioners' counsel an answer to the complaint on or before said date, unless his/her claim has included an answer to the complaint so designated, or be defaulted.

5. The Notice of Monition in the form required by Supplemental Rule F and the Admiralty and Maritime Practices Manual shall be published in a newspaper of general circulation in the appropriate county or counties once a week for four (4) consecutive weeks prior to the date fixed for

the filing of claims in accordance with Supplemental Rule F and the Admiralty and Maritime Practice Manual.

6. No later than the date of the second weekly publication, the Petitioners shall mail a copy of said notice to every person or corporation known by the Petitioners to have a claim against them arising out of the Incident set forth in the complaint.

7. The commencement or further prosecution of any action or proceeding against the Petitioners, the Vessel, or other property of the Petitioners with respect to any claims for which the Petitioners seek exoneration from or limitation of liability herein, including any claim arising out of or incident to or connected with any loss, damage, injury, death, or destruction, more fully described in the complaint, be and the same is hereby restrained, stayed, and enjoined until the hearing and determination of this action.

8. Service of this Order as a restraining order in this District may be made in the usual manner as in any other federal district by the United States Marshal's delivery of a certified copy of this Order on the person(s) to be restrained or to their respective attorney(s), or — alternatively — by mailing a conformed copy of the Order to the person(s) to be restrained or to their respective counsel.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>19th</u> day of March, 2025.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN THE MATTER OF THE COMPLAINT
AND PETITION OF FRANKLIN L.
HILL and CAROLYN HILL, as owners
of vessel, a 1987 37' Tayana
sailboat with Hull Identification
Number TYA37524L687, including her
engines, gear, tackle, appurtenances,
equipment, furniture, etc., for
Exoneration from and/or Limitation
of Liability,

Petitioners.                    Case No. 8:25-cv-276-VMC-CPT

_____/

**Monition**

TO THE UNITED STATES MARSHAL FOR THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA:

**WHEREAS**, a complaint was filed in the United States District Court for the Middle District of Florida on February 4, 2025, by Petitioners Franklin Hill and Carolyn Hill, for exoneration from or limitation of liability as owners of a 1987 37' Tayana sailboat bearing HIN# TYA37524L687 ("the Vessel"), with respect to losses, damages, and injuries occasioned by or occurring as a result of an incident allegedly involving said Vessel on or about September 28, 2022, for the reasons mentioned in said Petition, and praying that a Monition be issued out of said Court citing all persons

7

claiming damages by reason of the matters aforesaid to appear before said Court and to make due proof of their respective claims and to answer the allegations of the Petition, and that if it shall appear that the Petitioners are liable for any such losses, damages, or injuries that the Petitioners' liability be limited to the amount or value of the Petitioners' interest in the Vessel immediately following the incident described in said Petition, and praying for other further relief; and

**WHEREAS**, Petitioners have caused to be deposited with the Clerk of Court an Ad Interim Stipulation for Value for the sum of $5,000.00, and the Court having directed by an Order entered herein that a Monition be issued against all persons or corporations claiming damages for any losses, destruction, injuries, or death arising out of the incident described in the said Petition, citing them to file their respective claims with the Clerk of Court and to serve on or mail to attorneys for the Petitioners a copy thereof on or before June 11, 2025.

**YOU ARE THEREFORE COMMANDED** to cite all persons or corporations claiming damages for losses or injury arising out of said incident on or about September 28, 2022, to file their respective claims with the Clerk of Court and to serve

8

on or mail a copy thereof to attorneys for the Petitioners on or before June 11, 2025; and

**YOU ARE ALSO COMMANDED** to cite such claimants to appear and answer the Petition herein on or before the date last named or within such further time as the Court may grant, and to have and receive such further relief as may be due.

And what you have done in the premises, do you then make return to this Court together with this writ.

Dated this _____ day of _____ 2025.

_____
United States District Court
Middle District Court of Florida
By Deputy Clerk